AO 91 (Rev. 11/11)   Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   2:24-mj-414 |
| Devonta Tyquan FLOOD | ) | |
| AKA | ) | |
| Davonta T. FLOOD | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 20, 2024 _____ in the county of _____ Franklin _____ in the _____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §§ 841(b)(1)(c). | Possession with intent to distribute or dispense a detectable amount of fentanyl and cocaine, controlled substances |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

JOSHUA WRIGHT (Affiliate)   Digitally signed by JOSHUA WRIGHT (Affiliate)
Date: 2024.08.20 16:34:14 -04'00'

*Complainant's signature*

Joshua Wright Task Force Officer

*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ August 20, 2024 _____

City and state: _____ Columbus Ohio _____

Kimberly A. Jolson
United States Magistrate Judge

**PROBABLE CAUSE AFFIDAVIT**
**Devonta Tyquan Flood AKA Davonta T. FLOOD**

I, Joshua Wright, being duly sworn, depose and state that:

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearm and Explosives ("ATF"), and have been since November of 2020. I am currently assigned to the Columbus, Ohio Field Office as a member of the Crime Gun Enforcement Team (CGET) Task Force. As part of my duties as an ATF Task Force Officer, I investigate criminal violations relating to federal firearms offenses, including the unlawful possession of firearms and ammunition by individuals who have been convicted in any court, of a crime punishable by imprisonment for a term exceeding one year. I have participated in numerous investigations of criminal violations relating to narcotics trafficking, illegal firearms possession, firearms trafficking and shooting investigations. I am familiar with, and have utilized multiple investigative methods, including electronic surveillance, visual surveillance, search warrants, and the utilization of GPS/E-911 data.

2. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Devonta Tyquan FLOOD, AKA Davonta T. FLOOD, has violated 21 U.S.C. § 841(b)(1)(C), Possession with Intent to Distribute a Controlled Substance.

3. The facts in this affidavit come from my personal observations, training and experience, as well as information obtained from other agents, officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. On August 20, 2024, Columbus Police Officer M. Church #3249 was traveling northbound on South Ogden Avenue, coming from Sullivant Avenue. Officer Church observed a gray Kia Optima bearing Ohio License plate KKJ5372 traveling in front of him. Officer Church then observed the said vehicle use his turn signal and park on the east side of the street. As Officer Church continued traveling past the vehicle, Officer Church could not observe who the driver of the vehicle was due to heavy window tint. A few minutes after, Officer Church observed the vehicle again traveling westbound on Wicklow Road at a high rate of speed. Officer Church followed the path of the vehicle. The vehicle then traveled southbound onto South Burgess Avenue.

5. Officer Church activated his overhead lights and sirens and activated a traffic stop on the vehicle at the intersection of South Burgess Avenue and the alley north of Sullivant Avenue. This location is 194 feet from Burroughs Elementary School.

6. Officer Church approached the vehicle and made contact with the driver, later identified as Devonta FLOOD (DOB 10/26/1996, verified via OHLEG). Officer Church explained to FLOOD that the reason for the stop was due to heavy front window tint of the driver side window (5%, Laser Labs Inc. Model 1000, serial #2024052417). Officer Church then asked Mr. Flood for his identification. FLOOD stated that he did not have identification on his person and advised Officer Church that he was not a valid driver. Officer Church advised FLOOD to step

**PROBABLE CAUSE AFFIDAVIT**
**Devonta Tyquan Flood AKA Davonta T. FLOOD**

out of the vehicle due to the fact that he stated he was not a valid driver. Officer Church placed FLOOD under arrest for Driving without a Valid Driver's License.

7. Officer Church searched FLOOD's person and recovered a clear bag from FLOOD's right front pants pocket. The clear bag contained a white rock substance, that was consistent with crack/cocaine. Inside the clear bag was an additional bag of a white powdery substance that was consistent with cocaine. Officer Church then placed FLOOD in the rear of CPD cruiser #82.

8. During a search of the vehicle Officer Church located a small paper that listed the suspected narcotics inside of the clear bag and their weights.

9. FLOOD stated to TFO Wright during a recorded interview in the rear of CPD cruiser 82 that the narcotics found on his person were cocaine and fentanyl. FLOOD went on to say that he was selling narcotics to support himself and his family. Due to FLOOD's statement the narcotics contained fentanyl, they were not field tested for officer safety. They will be submitted for immediate testing at the lab.

10. The recovered suspected narcotics and documentation were photographed and appear as shown below:



**PROBABLE CAUSE AFFIDAVIT**
**Devonta Tyquan Flood AKA Davonta T. FLOOD**

## CONCLUSION

11. Based upon the above listed facts and circumstances, affiant believes and asserts
    that there is probable cause to believe that on August 20, 2024, FLOOD did knowingly possess
    with intent to distribute a detectable amount of cocaine and fentanyl, controlled substances, in
    violation of United States Code, Section 841(b)(1)(c).

12. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of
    Ohio.

JOSHUA WRIGHT   Digitally signed by JOSHUA
(Affiliate)     WRIGHT (Affiliate)
                Date: 2024.08.20 16:37:33
                -04'00'
_____
ATF TFO Josh Wright

Sworn to and subscribed before me this 20th day of August 2024, Columbus, Ohio.

_____
Kimberly A. Jolson
United States Magistrate Judge